```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 11484
   JANUSZ H STEPLOWSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2320


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/24/06 .

   2.   The case was converted to Chapter 7 without confirmation, 08/01/2006.

   3.   The Debtor paid a total of $     958.00 .

   4.   The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
BANK ONE                   UNSECURED      NOT FILED           .00           .00
DIRECT TV                  UNSECURED      NOT FILED           .00           .00
DISCOVER BANK              UNSECURED      NOT FILED           .00           .00
FLEET                      UNSECURED      NOT FILED           .00           .00
HSBC                       UNSECURED      NOT FILED           .00           .00
RETAILERS NATL BANK        UNSECURED      NOT FILED           .00           .00
MBNA AMERICA               UNSECURED      NOT FILED           .00           .00
MBNA AMERICA               UNSECURED      NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED           .00           .00
SPRINGER BROWN COVEY GAE   ADMINISTRATIV   3034.00            .00           .00
       Summary of disbursements:
---------------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00     3034.00       .00          .00          3034.00
PRINCIPAL PAID       .00        .00        .00          .00              .00
INTEREST PAID        .00        .00        .00          .00              .00
TOTAL PAID           .00        .00        .00          .00              .00
The Debtor's attorney, BERNARD SCHLOSSER        , was allowed $    1500.00
and was paid $      932.13 .

The Trustee received $      25.87 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/29/06                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
         CASE NO. 05 B 11484 JANUSZ H STEPLOWSKI
```