## TASKS PERFORMED BY TRUSTEE

**ASSET DISPOSITION:** Sales, leases (§365 matters), abandonment and related transaction work. (5 Hours)

This estate was comprised of a one-half interest in a residence owned by Debtor and his non-debtor spouse. This interest had not been originally scheduled as Debtor's contention was that he did not own the residence, even if his name was on title. Trustee filed an action to sell the residence free and clear of that ownership interest, and the case was converted to a Chapter 13 case. Thereafter, the case was re-converted to Chapter 13 and Trustee reappointed. Because the Debtor's interest in the residence had been transferred during the Chapter 13 case, Trustee had to reinstate and amend his cause of action to incorporate the transfer of Debtor's interest in his marital residence to his estranged wife. The action was finally settled with the approval of the Court. The aforesaid efforts resulted in an estate of slightly more than $25,000.

**CASE ADMINISTRATION:** Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; US Trustee interim statements and operating reports; contacts with the US Trustee; general creditor inquiries. (4.5 Hours)

Trustee deposited all estate funds in appropriate interest-bearing accounts, maintained proper books and records, performed monthly bank account reconciliations, prepared annual reports to the United States Trustee, and prepared this Final Report. Trustee will attend a final hearing on compensation, file a final distribution report, distribute estate funds, and prepare and file a Final Account and Form 4 Report.

**CLAIMS ADMINISTRATION AND OBJECTIONS:** Specific claim inquiries, bar date motions, analyses, objections and allowances of claims. (2 Hour)

Trustee reviewed the Court file and Claims Register to assure proper treatment of all claims asserted against this estate.

**EXHIBIT A**