**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JANUSZ H. STEPLOWSKI, | ) | CASE NUMBER 05 B 11484 |
| | ) | |
| Debtor. | ) | HONORABLE JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DUPAGE COUNTY COURTHOUSE. ROOM 2000 WHEATON. IL 60187

    On:   **August 24, 2007**   Time:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $25,051.32 |
    | Disbursements | $23.00 |
    | Net Cash Available for Distribution | $25,028.32 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R. | $0.00 | $3,255.13 | $0.00 |
| Trustee | | | |
| CLERK, U.S. BANKRUPTCY COURT | $0.00 | $0.00 | $150.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | | | |
| SPRINGER, BROWN, COVEY, GAERTNER & | $0.00 | $6,017.50 | $0.00 |
| Attorney for Trustee (Trustee Firm) | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | $0.00 | $1,467.00 | $14.65 |
| Accountant for Trustee (Other Firm) | | | |
| Bernard Schlosser | $0.00 | $567.80 | $0.00 |
| Attorney for Debtor | | | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7.  Claims of general unsecured creditors totaling $32,714.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 41.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Bank of America NA USA | 8,083.68 | 3,349.68 |
| 000005 | CitiBank (USA) NA | 752.70 | 311.90 |

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Discover Bank/Discover Financial Se | 6,449.07 | 2,672.34 |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | 2,945.59 | 1,220.58 |
| 000007 | ECAST SETTLEMENT CORPORATION ASSIGN | 10,696.77 | 4,432.48 |
| 000011 | Federated Retail Holdings, Inc./Mar | 369.74 | 153.21 |
| 000009 | LVNV Funding LLC., its successors a | 3,417.30 | 1,416.05 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **August 2, 2007**            For the Court,

By:
**KENNETH S GARDNER**
Kenneth S. Gardner

Clerk of the U.S. Bankruptcy Court

219 S. Dearborn Street; 7th FloorChicago, IL 60604

Trustee:    DAVID R. BROWN

Address:       400 SOUTH COUNTY FARM ROADSUITE 330WHEATON IL 60187

Phone No.:     (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1        Date Rcvd: Aug 02, 2007
Case: 05-11484                  Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Aug 04, 2007.
db           +Janusz H Steplowski,    4553 Whitney Drive,   Hanover Park, IL 60133-5925
aty          +Bernard A Schlosser,    Bernard A Schlosser Attorney at Law,   181 S Bloomingdale Road,
               Suite 103,   Bloomingdale, IL 60108-1438
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
acc          +Alan D Lasko,   Alan D Lasko & Associates Pc,   29 South Lasalle Street,   Chicago, IL 60603-1507
dft          +Halina D. Steplowski,   4552 Whitney Drive,   Hanover Park, IL 60133-5926
9102416      +Baker, Miller, Markoff, Krasny,    Bankruptcy Department,   29 N. Wacker Drive,
               Chicago, IL 60606-3221
9102417       Bank One,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
10666013      Bank of America NA USA,    NC4-105-03-14,   POB 26012,   Greensboro NC 27420-6012
9102414       Blatt, Hasenmiller, Leibsker,    & Moore,   125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
10583821     +CitiBank (USA) NA,    PO Box 182149,   Columbus OH 43218-2149
10866539     +David Brown, Trustee,    400 S County Farm Rd,   Wheaton IL 60187-4547
9102411      +DirecTV,   Attn: Bankruptcy Dept.,   PO Box 9001069,   Louisville, KY 40290-1069
11011883     +Federated Retail Holdings, Inc./Marshall Fields,   C/O Tsys Debt Mgmt., Inc.,   Po Box 137,
               Columbus, GA 31902-0137
9102418      +Fleet,   Bankruptcy Department,    PO Box 1070,   Newark, NJ 07101-1070
9102412       Household Credit Services,    Bankruptcy Department,   PO Box 5222,   Carol Stream, IL 60197-5222
11003528      LVNV Funding LLC its successors and assigns as,   assignee of Resurgent Capital LP,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
10802806      LVNV Funding LLC., its successors and assigns, as,   c/o Resurgent Capital Services,
               P.O. Box 10587,   Greenville, SC 29603-0587
9102413       MBNA America,   Bankruptcy Department,    PO Box 15137,   Wilmington, DE 19886-5137
10574639     +MBNA America Bank N.A.,    PO Box 15168 MS 1423,   Wilmington DE 19850-5168
9102419      +MBNA America Bank NA,    PO Box 15168,   Wilmington, DE 19850-5168
9102422      +Marshall Field,   Bankruptcy Department,   111 Boulder Industrial Dr,   Bridgeton MO 63044-1241
9102420       Providian,   Bankruptcy Department,   PO Box 66022,   Dallas, TX 75266-0022
9102421      +Sears,   Bankruptcy Department,   PO Box 182156,   Columbus, OH 43218-2156
10706621      eCAST Settlement Corporation assignee of,   MBNA America Bank N A,   POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Aug 03, 2007.
10557235      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2007 04:17:02
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
9102415       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2007 04:17:02     Discover Financial,
               Bankruptcy Department,    PO Box 15251,   Wilmington, DE 19886-5251
11003528      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Resurgent Capital LP,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
10802806      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC., its successors and assigns, as,   c/o Resurgent Capital Services,
               P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer Brown Covey Gaertner & Davis
aty*         +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty*         +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty*         +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
                                                                                        TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 04, 2007**                        **Signature:**   _Joseph Speetjens_