UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| STEPLOWSKI, JANUSZ H | ) | CASE NO. 05-11484-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

## DISTRIBUTION REPORT

I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,472.08 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $13,660.65 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $25,132.73 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 11,472.08 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | BROWN, DAVID R., Trustee Compensation | $3,255.13 | $3,255.13 |
| | CLERK, U.S. BANKRUPTCY COURT, Clerk of the Court Costs (includes adversary and other filing fees) | $150.00 | $150.00 |
| | SPRINGER, BROWN, COVEY, GAERTNER &, Attorney for Trustee Fees (Trustee Firm) | $6,017.50 | $6,017.50 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Fees (Other Firm) | $1,467.00 | $1,467.00 |
| | ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee Expenses (Other Firm) | $14.65 | $14.65 |
| | Bernard Schlosser, Attorney for Debtor Fees | $567.80 | $567.80 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 32,714.85 | 41.76 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000006 | Bank of America NA USA, General Unsecured 726(a)(2) | $8,083.68 | $3,375.48 |
| 000005 | CitiBank (USA) NA, General Unsecured 726(a)(2) | $752.70 | $314.30 |
| 000003 | Discover Bank/Discover Financial Se, General Unsecured 726(a)(2) | $6,449.07 | $2,692.92 |
| 000007 | ECAST SETTLEMENT CORPORATION ASSIGN, General Unsecured 726(a)(2) | $10,696.77 | $4,466.62 |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN, General Unsecured 726(a)(2) | $2,945.59 | $1,229.98 |
| 000011 | Federated Retail Holdings, Inc./Mar, General Unsecured 726(a)(2) | $369.74 | $154.39 |
| 000009 | LVNV Funding LLC., its successors a, General Unsecured 726(a)(2) | $3,417.30 | $1,426.96 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 000001 | Marshall Field<br><br>Bankruptcy Department<br>111 Boulder Industrial Dr<br>Bridgeton MO 63044 | 369.74 | Superceded |
| Unsecured | 000002 | MBNA America Bank NA<br><br>PO Box 15168<br>Wilmington, DE 19850 | 13,642.36 | Superceded |
| Unsecured | 000004 | MBNA America Bank N.A.<br><br>PO Box 15168 MS 1423<br>Wilmington DE 19850 | 13,642.36 | Superceded |
| Unsecured | 000010 | LVNV Funding LLC its successors and<br><br>assignee of Resurgent Capital LP<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 3,417.30 | Superceded |

- 5 -

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   8/31/07                         /s/ DAVID R. BROWN
                                        **DAVID R. BROWN**, Trustee

DAVID R. BROWN (ARDC # IL 3122323)
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:   (630) 510-0000
Facsimile:   (630) 510-0004